IN RE Dennis HARTMAN, No. 316-76

November 23, 1976. The judgment of the Washington Superior Court is affirmed, upon the grounds that the procedures in trial court now complained of were assented to by the respondent and were not in conformity to applicable law, he not then being in execution. 13 V.S.A. § 7031(b).

Robert E. PEARL and Warren R. Pearl v. John CURRAN, No. 338-76

December 8, 1976. There being a superior judge presently assigned to Grand Isle Court, and no showing having been made that there is no adequate remedy by proceedings for extraordinary relief in superior court, the petition is dismissed under the authority of V.R.A.P. 21.

STATE of Vermont v. Scott David DUNKERLEY, No. 339-76

December 9, 1976. Motion for permission to appeal denied under the provisions of V.R.A.P. 5(b)(1).

CENTRAL VERMONT PUBLIC SERVICE CORPORATION v. TOWN OF SPRINGFIELD, et al., No. 142-76

December 15, 1976. Unless the plaintiff files its brief on or before January 10, 1977, the appeal will be dismissed. The plaintiff's motion for consolidation with Docket No. 322-76 is denied, but, if both are ripe for argument at the February Term, 1977, of this Court, they may be argued together.

Leo O. and Lucille B. TROMBLAY v. Edward A. and Helen DACRES, No. 160-76

December 15, 1976. The defendants will order the transcript and deposit with the Clerk of the Chittenden Superior Court the full cost, as estimated, of that transcript on or before January 3, 1977, or the cause will be dismissed. Except as above provided, the motion to dismiss is denied.